UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J W REILLY LLC,<br><br>                            Plaintiff,<br><br>      v.<br><br>BALLY AMERICAS INC.,<br>BALLY INTERNATIONAL AG and<br>BALLY SCHUHFABRIKEN AG,<br><br>                          Defendants. | Case No. 1:19-cv-11007 (NMG) |

**DEFENDANTS BALLY AMERICAS INC.'S,
BALLY INTERNATIONAL AG'S AND BALLY SCHUHFABRIKEN AG'S
<u>CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)</u>**

As counsel for Defendants Bally Americas Inc., Bally International AG and Bally Schuhfabriken AG ("Bally"), I hereby certify that I have conferred with Bally (a) with a view to establishing a budget for the full course and various alternative courses of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

Dated:  September 17, 2019

                                                                    Respectfully submitted,

                                                                     <u>/s/Thorsten Schmidt</u>
                                                                     Thorsten Schmidt (TS0016)
                                                                     Michael Dallal (MD1893)
                                                                     708 Third Avenue, 6th Floor
                                                                     New York, NY 10017
                                                                     Telephone:    (212) 809-1444
                                                                     Facsimile:     (212) 209-7100
                                                                     tschmidt@schmidt-llc.com
                                                                     mdallal@schmidt-llc.com

                    Peter C. Netburn, BBO No. 546935
                    pnetburn@hermesnetburn.com
                    HERMES, NETBURN, O'CONNOR
                          & SPEARING, P.C.
                    265 Franklin Street, Seventh Floor
                    Boston, MA  02110-3113
                    (617) 728-0050
                    (617) 728-0052 (Fax)

I hereby certify that I have conferred with counsel as set forth above.

                    /s/Raniero Addorisio De Feo
                    By:  Raniero Addorisio De Feo
                        Legal Director, Bally Group

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 17, 2019.

                    /s/Michael Dallal
                    Michael Dallal